1

2   Edward D. Johnson (SBN 189475)
      wjohnson@mayerbrown.com
3   Jason A. Wrubleski (SBN 251766)
      jwrubleski@mayerbrown.com
4   MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
5   3000 El Camino Real
    Palo Alto, CA  94306-2112
6   Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060

7   Richard M. Assmus (*P.H.V. application pending*)
      rassmus@mayerbrown.com
8   MAYER BROWN LLP
    71 S. Wacker Drive
9   Chicago, IL  60606-4637
    Telephone:  (312) 782-0600
10  Facsimile:  (312) 701-7711

11  Robert E. Bloch (*P.H.V. application pending*)
      rbloch@mayerbrown.com
12  MAYER BROWN LLP
    1999 K Street, N.W.
13  Washington, D.C.  20006-1101
    Telephone:  (202) 263-3000
14  Facsimile:  (202) 263-3300

15  *Attorneys for Non-Party*
    BLUE SHIELD OF CALIFORNIA
16
                 **UNITED STATES DISTRICT COURT**
17
              **NORTHERN DISTRICT OF CALIFORNIA**
18

19                                          | Misc. Case No. CV 10 80157 (JSW) (jcs)

20  DARLERY FRANCO *et al.*,                  Currently Pending in U.S. District Court,
                                              D. N.J. (No. 07-cv-6039)
21          *Plaintiffs*
                                            **STIPULATION SETTING TELEPHONIC
22              v.                          CONFERENCE AND EXTENDING TIME
                                            FOR PLAINTIFFS TO FILE
23  CONNECTICUT GENERAL LIFE INS. CO.        OPPOSITION TO MOTION TO QUASH
    *et al.*                                 AND [~~PROPOSED~~] ORDER**

24          *Defendants*

25

26

27

28

**STIPULATION**

WHEREAS, plaintiffs in each of the following actions (collectively, "Plaintiffs") served identical subpoenas *duces tecum* on nonparty Blue Shield of California ("BSC") in the Northern District of California:

      1)    *Darlery Franco et al. v. Connecticut General Life Ins. Co. et al.*, pending in the United States District Court for the District of New Jersey (No. 07-cv-6039);

      2)    *In re Aetna UCR Litigation*, pending in the United States District Court for the District of New Jersey (MDL No. 2020); and

      2)    *In re WellPoint, Inc. Out-Of-Network "UCR" Rates Litigation,* pending in the United States District Court for the Central District of California (MDL No. 09-2074-PSG (CTx));

WHEREAS, BSC has filed three identical motions to quash the subpoenas in the following actions in the Northern District of California:

      1)    *Darlery Franco et al. v. Connecticut General Life Ins. Co., et al.*, Misc Case No. CV 10 80157;

      2)    *In re Aetna UCR Litigation*, Misc. Case No. CV 10 80158; and

      3)    *In re WellPoint, Inc. Out-Of-Network "UCR" Rates Litigation*, Misc. Case No. CV 10 80159;

WHEREAS, on July 7, 2010, this Court issued an Order setting a briefing schedule for the motion to quash in *Franco*, which requires Plaintiffs to file their Opposition to BSC's motion to quash by July 23, 2010;

WHEREAS, the motions to quash in *Aetna* and *WellPoint* were assigned to Magistrate Judge Zimmerman, who had not set a hearing date or briefing schedule for either matter before they were transferred to this Court on July 16, 2010;

WHEREAS, on July 13, 2010, an Order was issued in the D.N.J. *Aetna* case by Magistrate Judge Patty Shwartz ordering Plaintiffs and non-party Blue Shield of California to meet and confer and submit a joint letter any remaining discovery disputes concerning the subpoena issued in *Aetna* for her consideration by July 27, 2010, and declining jurisdiction over

1    disputes arising from the *Franco* or *WellPoint* subpoenas;

2          WHEREAS, on July 15, 2010, Plaintiffs asked by way of a letter filed in the N.D. Cal.

3    *Franco* action that the briefing schedule for that motion to quash be vacated pending a ruling

4    from Judge Shwartz in the D.N.J. *Aetna* action;

5          WHEREAS, BSC opposes Plaintiffs' July 15, 2010 request;

6          WHEREAS, on July 16, 2010, all three of the N.D. Cal. actions were assigned to

7    Magistrate Judge Joseph C. Spero for determination; and

8          WHEREAS, BSC and Plaintiffs believe that it would aid in the resolution of their

9    discovery disputes to hold a telephonic conference with Judge Spero to discuss the effect of

10   Judge Shwartz' July 13, 2010 Order on the three N.D. Cal. actions;

11         IT IS HEREBY STIPULATED AND AGREED that a telephonic hearing to discuss the

12   effect of Judge Shwartz' July 13, 2010 Order on the three N.D. Cal. actions be scheduled  before

13   3:30 pm on the afternoon of July 21 or for the afternoon of July 22 or 23, or at the Court's

14   earliest convenience thereafter.  It is further stipulated and agreed that in light of BCS and

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER

1   Plaintiffs' request for a conference with the Court, the deadline for Plaintiffs to file their

2   opposition to BSC's Motion to Quash in *Franco* shall be extended to Tuesday, July 27, 2010.

3   Dated:  July 20, 2010                    Respectfully submitted,

4                                            MAYER BROWN LLP

5

6                                            /s/ Richard M. Assmus
                                             Richard M. Assmus
7                                            71 S. Wacker Drive
                                             Chicago, IL  60606-4637
8                                            Ph:  (312) 782-0600

9                                            *Attorneys for Non-Party Blue Shield of California*

10                                           BONNETT, FAIRBOURN, FRIEDMAN
                                                 & BALINT, PC
11

12                                           /s/ Kathryn A. Honecker
                                             Kathryn A. Honecker
13                                           2901 N. Central Avenue, Suite 1000
                                             Phoenix, AZ  85012
14                                           Ph:  (602) 274-1100

15                                           *Attorneys for Plaintiffs in the Underlying Actions*

16
    *Filer's Attestation:  Pursuant to Gen. Order No. 45, Section X(B), Jason A. Wrubleski hereby*
17  *attests that the signatories' concurrence in the filing of this document has been obtained.*

18

19                              **[PROPOSED] ORDER**

20        Pursuant to the above stipulation, **IT IS SO ORDERED.**  A telephonic conference shall

21  be set for _____ at _____ p.m. to discuss the subpoena dispute.  Counsel for

22  Plaintiffs and BSC shall contact CourtCall telephonic court appearances at 1-888-882-6878 and

23  make arrangements for the telephonic conference call.  **IT IS FURTHER ORDERED** that the

24  deadline for Plaintiffs to file their opposition to the BSC's Motion to Quash in *Franco* shall be

25  extended to Tuesday, July 27, 2010.

26  Dated: July _21_, 2010

27                                           _____
                                             Judge Joseph C. Spero
28                                           United States Magistrate Judge

DENIED

-3-                    STIPULATION AND [PROPOSED] ORDER